# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 23-1436      **Short Title:** Carson, et al. v. Makin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

David Carson, Amy Carson, Judith Gillis, Alan Gillis, Troy Nelson, and Angela Nelson as the

[ ] appellant(s)    [✓] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)   [ ] respondent(s)   [ ] intervenor(s)

/s/ Arif Panju
Signature

5/22/2023
Date

Arif Panju
Name

Institute for Justice
Firm Name (if applicable)

512-480-5936
Telephone Number

816 Congress Avenue, Suite 960
Address

512-480-5937
Fax Number

Austin, TX 78701
City, State, Zip Code

apanju@ij.org
Email (required)

Court of Appeals Bar Number: 1189652

Has this case or any related case previously been on appeal?

[ ] No    [✓] Yes    Court of Appeals No. 19-1746

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2023, a true and correct copy of the foregoing Notice of Appearance of Arif Panju was filed and served on the following counsel of record using the Court's CM/ECF system and USPS first class mail:

Aaron M. Frey
Attorney General

Christopher C. Taub
Sarah A. Forster
Assistant Attorneys General
Office of the Attorney General
Six State House Station
Augusta, ME 04333-0006
Tel: (207) 626-8866, (207) 626-8800
Email: Christopher.C.Taub@maine.gov
        sarah.forster@maine.gov

*Attorneys for Appellants*

/s/ Arif Panju
Arif Panju
*Attorney for Appellees*